**Joseph Lawrence LEVESQUE, Petitioner—Appellant,**

v.

**Tom L. CAREY, Warden; et al., Respondents—Appellees.**

No. 03–16454.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 16, 2006.

Robert Beles, Oakland, CA, for Petitioner–Appellant.

Glenn R. Pruden, Esq., Office of the California Attorney General, San Francisco, CA, for Respondents–Appellees.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM **

Joseph Lawrence Levesque appeals from the district court's dismissal of his 28 U.S.C. § 2254 habeas petition as second or successive. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Levesque mistakenly contends that the district court erred by finding that the dismissal of his prior federal habeas peti-

tion as time-barred rendered his instant petition successive. *See Henderson v. Lampert,* 396 F.3d 1049, 1053 (9th Cir. 2005) (holding that a prior petition dismissed based on state procedural default is a determination on the merits rendering a subsequent petition successive).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

